IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 16 C 6589 |
| UNITED BUILDING & ENERGY SERVICES, LLC, a Wyoming limited liability company, | ) ) ) ) | JUDGE MATTHEW F. KENNELLY |
| Defendant. | ) | |

## **MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on August 10, 2016 request this Court enter judgment against Defendant, UNITED BUILDING & ENERGY SERVICES, LLC, a Wyoming limited liability company. In support of this Motion, Plaintiffs state:

1. On August 10, 2016, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for June 2016 forward within 14 days of the entry of said Order. The Court also entered an order that judgment would be entered after Defendant submitted the required contribution reports and Plaintiffs determined the amount due and owing from Defendant.

2. In August 2016, Plaintiff Funds received Defendant's monthly fringe benefit contribution reports for April 2016 forward. (See Affidavit of Kevin J. Schell).

3. Defendant paid all contributions due for the contribution months of March 2016, May 2016 and June 2016. However, said contributions were untimely submitted by Defendant, and

Plaintiff Funds have assessed liquidated damages in the amount of ten (10%) percent of all contributions due and untimely remitted. Accordingly, the amount of $407.62 is due for liquidated damages for March 2016, May 2016 and June 2016. (Schell Aff. Par. 5).

4. Additionally, Plaintiffs' firm has expended the sum of $485.00 for costs and the amount of $1,083.25 in attorneys' fees, for a total of $1,568.25, in this matter. (See Affidavit of Catherine M. Chapman).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $1,975.87.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $1,975.87.

/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: 312/216-2577
Facsimile: 312/236-0241
E-Mail: cscanlon@baumsigman.com

I:\265J\United Building & Energy\#26832\motion-judgment.cms.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>12th</u> day of <u>October 2016</u>:

       Registered Agents, Inc., Registered Agent for
       United Building & Energy Services, LLC
       1900 E. Golf Road, Suite 950A
       Schaumburg, IL   60173

       Ms. Wendy Rock
       United Building & Energy Services, LLC
       2100 Manchester Road, Suite 601
       Wheaton, IL   60187

       /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: 312/216-2577
Facsimile: 312/236-0241
E-Mail: cscanlon@baumsigman.com

I:\265J\United Building & Energy\#26832\motion-judgment.cms.df.wpd